No. State 130.   BURRELL, Plaintiff in error, V. STATE, Defendant in error.

(Also reported in 222 N. W. 2d 707.)

Criminal law. Armed robbery. Withdrawal of guilty plea. *Ernst* requirements. Adherence. Defense of intent to recover gambling loss. No substantiation.

The cause was submitted for the plaintiff in error on the briefs of *Howard B. Eisenberg*, state public defender, and *Ruth S. Downs*, assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren*, attorney general, and *Robert D. Martinson*, assistant attorney general.